UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CATHERINE ISABELLA MORRIS and KATHERINE ANNE SMITH**, <br><br>             Plaintiffs, <br><br>     v. <br><br> **PRESIDENT BARACK OBAMA, US ATTORNEY GENERAL ERIC HOLDER, JR., U.S. SENATOR RON WYDEN, U.S. SENATOR JEFF MERKLEY, OREGON GOVERNOR, JOHN KITZHABER, OREGON ATTORNEY GENERAL ELLEN ROSENBLUM, OREGON SPEAKER OF THE HOUSE TINA KOTEK,** <br><br>             Defendants. | Civil Case No. 3:14-CV-01019-KI <br><br> JUDGMENT |

      Catherine Isabella Morris
      PO Box 173
      Salem, OR 97308

Page 1 - JUDGMENT

Katherine Anne Smith
Salvation Army
30 SW 2nd Ave
Portland, OR 97204

    Pro Se Plaintiffs

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    DATED this      11th       day of July, 2014.


                                          /s/ Garr M. King
                                        GARR M. KING
                                        United States District Court Judge